■ In the Matter of PATRICIA RUTKOWSKI et al., Appellants, v ALAN B. FLACKS, Respondent-Respondent, and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County (Arthur Blyn, J.), entered on August 21, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.

■ In the Matter of ILENE RUBIN, Appellant-Respondent, v ROBERT J. DRYFOOS, Respondent-Appellant. BRUCE ROTHMAN, Appellant-Respondent, v ROBERT J. DRYFOOS, Respondent-Appellant.—Judgment, Supreme Court, New York County (Arthur Blyn, J.), entered on August 21, 1985, unanimously affirmed, without costs and without disbursements. In affirming the validity of the petition it is unnecessary to pass on the cross appeal. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.

■ In the Matter of ANGEL D. NUNEZ, Appellant, v ORLANDO VELEZ et al., Respondents, and MICHAEL PICHARDO et al., Respondents-Respondents. In the Matter of MICHAEL PICHARDO et al., Respondents, v ANGEL D. NUNEZ, Respondent-Appellant, and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent.—Subject matter of appeal from order, Supreme Court, New York County (Arthur Blyn, J.), entered on or about August 21, 1985, unanimously returned to Special Term, Part I, for a decision either confirming or disaffirming the report of the referee, all as indicated in the order of this court, without costs or disbursements. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.